GENNARO MILANESE, Plaintiff, *v.* LEXINGTON SURETY AND INDEMNITY COMPANY and Others, Defendants.*

Supreme Court, Bronx County, February 10, 1933.

*William P. Thomas,* for the plaintiff.

*Charles H. Friedrich,* for the defendant.

SHIENTAG, J. The defendant voluntarily returned to the jail limits before the action was commenced against the sheriff or surety by service upon them. This constituted a defense to the action which inured to the benefit of the surety. (Correction Law, §§ 528, 550; *Carruth* v. *Church,* 6 Barb. 504; *Visscher* v. *Gansevoort,* 18 Johns. 496; *Van Hoesen* v. *Holley,* 9 Wend. 209; *Andrews* v. *Hart,* N. Y. L. J. June 12, 1918, DONNELLY, J.; *Strauss* v. *National Surety Co.,* Id. Dec. 4, 1931, WASSERVOGEL, J.) In any event the prisoner's voluntary return to the jail limits on February 10, 1932, was prevented by plaintiff, thus depriving the surety company of a defense conferred by the statute. (*Richtmeyer* v. *Remson,* 38 N. Y. 206; *Drake* v. *Chester,* 2 Conn. 473.) Plaintiff may not take advantage of his own wrongful act. Verdict is accordingly directed in favor of the defendant. Ten days' stay. Thirty days to make a case. Settle order.

---

* Affd., 240 App. Div. 888.